# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANDTHONY RAY SPEARS,

         Petitioner

             v.

JOHN E. WETZEL, PA D.O.C.,

         Respondent

: No. 100 MM 2017
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2017, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED.